UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA WOODEND and
JOHN WOODEND,

        Plaintiffs,

vs.

WAL-MART STORES EAST, LP

        Defendant.

Case No. _____

L.C. Case No. 2023-12345-NO

| DAVID J. ELKIN (P36161) | NICOLE M. WRIGHT (P63513) |
|---|---|
| THE SAM BERNSTEIN LAW FIRM, PLLC | ZAUSMER, P.C. |
| Attorney for Plaintiff | Attorneys for Defendant Wal-Mart Stores East, LP |
| 31731 Northwestern Hwy, Suite 333 | 32255 Northwestern Highway, Suite 225 |
| Farmington Hills, MI 48334 | Farmington Hills, MI 48334 |
| (248) 538-3129 | (248) 851-4111/ Fax: (248) 851-0100 |
| delkin@sambernstein.com | nwright@zausmer.com |
| Sec. vhealy@sambernstein.com | |

## DEFENDANT WAL-MART'S NOTICE OF REMOVAL

NOW COMES, Defendant, WAL-MART STORES EAST, LP ("Defendant Walmart"), by and through its attorneys, ZAUSMER, P.C., hereby removes this case from Clinton County Circuit Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), for the reason that diversity of citizenship exists between the Plaintiffs, DANA WOODEND and JOHN WOODEND ("Plaintiffs"), a married couple and residents of Shiawassee County in the State of Michigan, and Defendant Walmart, who is organized under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. (See Paragraph One of Plaintiff's Complaint, attached as **Exhibit "A"**). Service has been effectuated upon Plaintiff, and in support of its Notice of Removal of this action, Defendant Walmart states the following:

{05332902}

1. This action is pending in the Clinton County Circuit Court in the State of Michigan. The Complaint was filed with the Circuit Court on or around October 24, 2023. (See Plaintiff's Complaint, attached as **Exhibit "A"**).

2. Defendant, WAL-MART STORES EAST, LP, was served with Plaintiff's Summons and Complaint by Process Server on December 20, 2023. (See Service of Process Transmittal Form, attached as **Exhibit "B"**).

3. On January 12, 2024, the Clinton County Circuit Court entered Stipulated Order to Modify the Caption of Plaintiffs' Complaint to Identify the Correct Walmart Legal Entity. (See Stipulated Order, attached as **Exhibit "E"**).

4. This Notice of Removal is filed within thirty (30) days after Defendant Walmart was served with the Summons and Complaint, in compliance with 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit "A"**.

5. This Court has jurisdiction over this action, pursuant to 28 U.S.C. §1332. Jurisdiction exists because the parties are respectively citizens of different states and the amount in controversy alleged in the Complaint, exclusive of costs, allegedly exceeds Seventy-Five Thousand and 00/100 ($75,000.00) Dollars.

    A. Based on the allegations in the Complaint, Plaintiffs are citizens and residents of the County of Shiawassee, State of Michigan. (See Plaintiff's Complaint at Paragraph One, attached as **Exhibit "A"**.)

    B. Defendant, WAL-MART STORES EAST, LP, is a Limited Partnership organized under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. WAL-MART STORES EAST, LP is not a citizen of the State of Michigan.

    C. Defendant, WAL-MART STORES EAST, LP'S limited and general partners are not citizens of the State of Michigan:

- **General Partner**
  WSE Management, LLC
  702 S.W. 8th Street
  Bentonville, Arkansas 72716-0555
  WSE Management, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

- **Limited Partner**
  WSE Investment, LLC
  702 S.W. 8th Street
  Bentonville, Arkansas 72716-0555
  WSE Investment, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

D.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (formerly known as Wal-Mart Stores East, Inc.), an Arkansas Limited Liability Company. The principal place of business for the aforementioned entities is Bentonville, Arkansas. Walmart Stores, Inc. is the sole member of Wal-Mart Stores East, LLC, and is a corporation organized under the laws of the State of Delaware, whose principal place of business is in the State of Arkansas.

E.  Further, according to the allegations in Plaintiffs' Complaint, the amount in controversy, exclusive of interest and costs, is in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. Specifically, Plaintiff DANA WOODEND alleges, *inter alia*, in her Complaint, that she sustained serious and disabling injuries, including, but not limited to:

    i.  Damage to a VP shunt that was previously surgically placed causing said shunt to create infection ultimately leading Dana Woodend to becoming septic;

    ii. Damage to a VP shunt that was previously surgically placed causing Dana Woodend to undergo a repair and replacement of the VP shunt;

    iii. Injuries to head including traumatic brain injury;

    iv. Injuries to her ribs;

    v. Injuries to her legs;

{05332902}  3

      vi.    Psychological and emotional injuries, including depression and anxiety as a result of Plaintiff Dana Woodened's long arduous course of recovery;

      vii.    Pain, suffering, discomfort, disability, extreme physical and emotional suffering;

      viii.    Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

      ix.    Mental anguish; emotional distress; fright and shock;

      x.    Physical pain and suffering (past and future);

      xi.    Denial of social pleasures and enjoyments;

      xii.    Medical expenses (past and future); and

      xiii.    Economic loss in the form of work loss.

(See Plaintiff's Complaint at Paragraphs 23 through 26 (pp. 5-6), attached as **Exhibit "A"**).

    F.    Additionally, Defendant Walmart has requested that Plaintiff cap her alleged damages claim at Seventy-Five Thousand and 00/100 ($75,000.00) Dollars or less. (See Correspondence to Plaintiff's Attorney, dated December 28, 2023, attached as **Exhibit "C"**). However, to date, Plaintiff has declined to cap her alleged damages. Based on Plaintiffs' Counsel's response in an email exchange regarding capping damages, Defendant Walmart's understanding is that, at this juncture, Plaintiffs contend that their alleged damages are in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. (See Email from Plaintiffs' Attorney, dated January 2, 2024, attached as **Exhibit "D"**).

6.    For purposes of diversity of jurisdiction, a corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business …." *See Delphi Automotive Systems, LLC v. Segway Inc.,* 519 F.Supp.2d 662, 665 (E.D. Mich. 2007).

7.    In view of the above, there is complete diversity of citizenship between the parties.

8. Accordingly, based on the information known to date, this action may be removed from State Court to Federal Court, pursuant to 27 U.S.C. §§ 1332 and 1446(b). Defendant Walmart will file a copy of this Notice of Removal with the Clerk of the Clinton County Circuit Court in the State of Michigan. Further, Defendant Walmart will serve copies of this Notice on Counsel of record for Plaintiffs.

          Respectfully Submitted,

          ZAUSMER, P.C.

          /s/ *Nicole M. Wright*
          NICOLE M. WRIGHT (P63513)
          Attorney for Defendant Wal-Mart Stores East, LP
          32255 Northwestern Highway, Suite 225
          Farmington Hills, MI 48334
          (248) 851-4111

Dated: January 18, 2024          nwright@zausmer.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2024,** I electronically filed the foregoing paper with the Clerk of the Court, using the ECF system and copies of such documents were served upon the following individuals by U.S. Mail:

    David J. Elkin, Esq.
    The Sam Bernstein Law Firm, PLLC
    31731 Northwestern Hwy, Suite 333
    Farmington Hills, MI 48334

          /s/ *Nicole M. Wright*
          Zausmer, P.C.
          32255 Northwestern Highway, Suite 225
          Farmington Hills, MI 48334-2374
          (248) 851-4111
          nwright@zausmer.com